1  Ann Lizana
2  2336 Pasadena Avenue
   Long Beach, California 90806
3  Properdoccs@gmail.com
4  (562) 729-1659
5  Gladys Copeland
   2231 Alpha Street
6  San Diego, California 91950
7  (619) 262-0549

8  Plaintiffs in Propria Persona

9



FILED
CLERK, U.S. DISTRICT COURT

FEB - 4 2020

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

10        **UNITED STATES DISTRICT COURT**
11        **CENTRAL DISTRICT OF CALIFORNIA**

12  | | |
    **ANN LIZANA, GLADYS**          )   Case No.:
13  **COPELAND,** and People Similarly )
14  Situated,                        )   **CV20-1128- AB(PLA)**
                                     )
15             Plaintiffs,           )
                                     )   **CIVIL RIGHTS COMPLAINT**
16  vs.                              )   **FOR DECLARATORY AND**
                                     )   **INJUNCTIVE RELIEF, AND**
17  **Mike Potier**, **Julio Barragan**, )   **NOMINAL DAMAGES**
    **Express Network;, Wells Fargo** )
18  **Bank, NA, as trustee** on behalf of the )
19  Registered Holders of Morgan    )
    Stanley abs Capital Inc., TRUST )
20  2005-WMC6, Mortgage Pass-       )
21  Through Certificates, Series 2005- )   JURY TRIAL
    WMC6, **John Doe, Jane Doe,** and )
22  **Does 1-10**, inclusively.        )
                                     )
23                                   )
                                     )
24             Defendant(s)          )
                                     )
25

26

27

28

RIGHTS COMPLAINT

TO THIS HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

**COMES NOW PLAINTIFFS, ANN LIZANA** ("Plaintiff"), proceeding pro se, unschooled in law asking the court to take notice of the enunciation of principles as stated below.

Therefore, this Court must construe this claim liberally and hold it to a less stringent standard than the Court would apply to a pleading drafted by a lawyer; wherein the court has directed that those who are unschooled in law making pleadings and/or complaints shall have the court look to the substance of the pleadings rather than form. ***Please see:*** Platsky v. Central Intelligence Agency, 953 F.2d 26 (2nd Cir. 1991)---***Deciding that:***

*In order to justify the dismissal of a pro se complaint, it must be " 'beyond doubt that the Plaintiffs can prove no set of facts in support of his claim which would entitle him to relief.' "* Haines v. Kerner, 404 U.S. at 521, 92 S.Ct. at 594 (quoting Conley v. Gibson, 355 U.S. 41, 45-46, 78 S.Ct. 99, 102, 2 L.Ed.2d 80 (1957)).

For all of the reasons stated above we seek before this Court under applicable rules and the courts equitable powers to me to file this Request so that it does not result in denial of exercise of justice.

///

///

# TABLE OF CONTENTS

I.    CLAIM OF RIGHTS                                                          5

II.   JURISDICTION                                                             6

III.  PARTIES                                                                  7

IV.   NATURE OF CLAIMS                                                        12

V.    GENERAL ALLEGATIONS                                                     15
      28 U.S.C. §§1331, 1332, and 1367

VI.   **Cause 1**: VIOLATIONS OF 28 U.S.C. §1343                              16
      CONSTITUTIONAL CIVIL RIGHTS

      **Cause 2**: VIOLATIONS OF 18 U.S.C. §1341, 1701,                       17
      and 1708 CONSTITUTIONAL CIVIL RIGHTS

      **Cause 3**: VIOLATIONS OF 42 U.S.C. § 1981, 1982,                      20
      1983, and 1988(a) CONSTITUTIONAL CIVIL RIGHTS

      **Cause 4**: VIOLATIONS OF 1st AMENDMENT                                23
      CONSTITUTIONAL CIVIL RIGHTS

      **Cause 5**: VIOLATIONS OF 4th AMENDMENT                                24
      CONSTITUTIONAL CIVIL RIGHTS

      **Cause 6**: VIOLATIONS OF 9th AMENDMENT                                25
      CONSTITUTIONAL CIVIL RIGHTS

      **Cause 7**: VIOLATIONS OF 14th AMENDMENT                               26
      CONSTITUTIONAL CIVIL RIGHTS

      **Cause 8**: CIVIL RIGHTS DECLARATORY                                   27

      **Cause 9**: DECLARATORY and INJUNCTIVE                                 31

VII.    **CONCLUSION**                                        33
            PLAINTIFF'S PRAYER


        TRIAL-BY-JURY
        DECLARATION OF ANN LIZANA
        DECLARATION OF GLADYS COPELAND

# I.
## CLAIM OF RIGHTS

1.      Plaintiffs claim all rights at all times and waves none of them at any time for any cause or reason. Plaintiffs hereby seeks protection of _Anastasoff v. U.S._, 223 F3d 898, especially where it speaks to the Doctrine of Precedent. Plaintiffs request that the court take judicial notice (Rule 201 of the Federal Rules of Evidence) of the enunciation of principles stated in _King v. Knoll_ (No. 04-04149-JAR), _Whitney v. State of New Mexico_ (113 F 3d. 1170), _Haines v. Kerner_ (404 U.S. 519), and _Platsky v. Central Intelligence Agency_, 953 F2d 25; and Plaintiffs especially where they speak to the fact that ProSe and in Propria Persona (Pro Per) litigants shall not be held to the same strict pleading standards as Bar-authorized attorneys, and that they have a right to submit evidence of their claims to the courts for adjudication, and that where the court dismiss said claims, the courts must provide curative instructions as to how to repair the paperwork and give leave or permission and adequate time to refile. Therefore, Plaintiffs hereby claims the substantial Due process right to have Findings of Fact and Conclusions of Law published with any order of this Court.

2.      Plaintiffs hereby claim the powers, protection and benefits of the Statute of Frauds Annotated, especially where it speaks to the fact that in order to have standing to sue on a debt or have a court consider the issue or for a court to have subject matter jurisdiction to provide relief or a remedy the Defendants or

moving party must prove the existence of a debt which may only be established by submission of the original contract, original promissory note or agreement in open court, on the record, as evidenced through the testimony of a competent fact witness with personal firsthand knowledge, under oath, and be subject to the test and "fire" of cross examination.

3.   Plaintiffs have been terrorized in their property from threats of breaking locks to their property, putting rightful owners of property unlawful, constant harassment and intimidation, initiated and advanced by Defendants (named and unnamed) in violation of the 28 U.S.C. §1343, and tampering, theft and withholding Plaintiffs mail in violation of 18 U.S.C. §1341, 1701, and 1708.

## II.
## <u>JURISDICTION</u>

4.   The within action is properly within the jurisdiction of this Court upon the ground inter alia, that Civil rights and real property which is subject matter hereof is situated within this Judicial District of the County of Los Angeles, California.

5.   This court has plenary jurisdiction over the present dispute and all parties pursuant to 28 U.S.C. §§1331, 1332 in that the claims alleged therein arise under the laws of the United States, including but not limited to 42 U.S.C. § 3601, 42 U.S.C. §§1981, 1982, 1983, and 1988(a).

6.     This court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367 to hear and determine Plaintiffs state law claims because those claims are related to Plaintiffs federal claims and arise out of a common nucleus of related facts and legally interrelated transactions, and accordingly form part of the same legal case or controversy under Article III of the United States Constitution. Jurisdiction within this court specifically arises from Civil Rights Jurisdiction 28 U.S.C. §§ 1331,1332 and 28 U.S.C. § 1367; 28 U.S.C. §1343; 18 U.S.C. §1341, 1701, and 1708; 42 U.S.C. §§1981, 1982, 1983, 1988(a) as well as.

## III.
## THE PARTIES

### Plaintiffs

7.     At all times hereto relevant, the Plaintiff **Ann Lizana** ("Lizana"), **Gladys Copeland** ("Copeland"), and **People Similarly Situated** (collectively "Plaintiffs"), currently residing in the counties of Los Angeles and San Diego, California.

### Defendants

8.     Plaintiffs are informed and do believe, and thereon alleges, that at all times hereto relevant Defendant **Mike Potier** ("Potier"), individually and in his professional capacity as a broker for Boardwalk Properties, and **Julio Barragan** ("Barragan"), individually and in his professional capacity as an reality agent for Boardwalk Properties (collectively "Eviction Team"), who are all doing business

in the county of Los Angeles, California.

9.    Plaintiffs are informed and do believe, and thereon alleges, that at all times hereto relevant times **Defendants Express Network** ("process servers"), a process service company doing business in the county of Los Angeles, California.

10.    Plaintiffs are informed and do believe, and thereon alleges, that at all times hereto relevant **Defendant Wells Fargo Bank, NA, as trustee**, on behalf of the registered holders of Morgan Stanley abs Capital 1, Inc., TRUST 2005-WMC6, Mortgage Pass-Through Certificate Series 2005-WMC6 ("Holders"), classified under "corporate citizenship," is a company domiciled in Maryland and doing business in most of the US.

11.    Plaintiffs are unaware of the true names and capacities of individuals and/or entities sued herein under the fictitious names of **Does 1** through **10**, inclusive or, to the extent that the names of such individuals or entities may be known to Plaintiffs, the Plaintiffs cannot state with certainty that a viable cause of action lies herein as against such individuals or entities, or Plaintiffs is unable to allege the elements of such a cause of action, at this time, prior to discovery, with sufficient specificity to satisfy the requirements of Code of Civil Procedure §128.7, wherefore all said Defendants are herein named in accordance with the provisions of California Code of Civil Procedure § 474.

12.    The use of the term "Defendants" in any of the allegations in this

Complaint, unless specifically otherwise set forth, is intended to include and charge both jointly and severely, not only named Defendants, but all Defendants designated as well (collectively "Defendants").

13.    Plaintiffs are informed and do believe and thereon alleges that, at all times mentioned herein, Defendants were agents, servants, employees, alter egos, superiors, successors in interest, joint ventures and/ or co-conspirators of each of their co-defendants and in doing the things herein after mentioned, or acting within the course and scope of their authority of such agents, servants, employees, alter egos, superiors, successors in interest, joint ventures and/ or co-conspirators with the permission and consent of their co-defendants and, consequently, each Defendant named herein, and those Defendants named herein as John and Jane DOES 1 through 10, inclusive, are jointly and severally liable to Plaintiffs for the damages and harm sustained as a result of their wrongful conduct.

14.    Defendants, and each of them, aided and abetted, encouraged, and rendered substantial assistance to the other Defendants in breaching their obligations to Plaintiffs, as alleged herein. In taking action, as alleged herein, to aid and abet and substantially assist the commissions of these wrongful acts and other wrongdoings complained of, each of the Defendants acted with an awareness of its primary wrongdoing and realized that its conduct would substantially assist the accomplishment of the wrongful conduct, wrongful goals, and wrongdoing.

15.   Defendants, and each of them, knowingly and willfully conspired, engaged in a common enterprise, and engaged in a common course of conduct to accomplish the wrongs complained of herein. The purpose and effect of the conspiracy, common enterprise, and common course of conduct complained of was, inter alia, to financially benefit Defendants at the expense of Plaintiffs by engaging in fraudulent activities. Each Defendant was a direct, necessary and substantial participant in the conspiracy, common enterprise and common course of conduct complained of herein, and was aware of its overall contribution to and furtherance thereof.  Defendants' wrongful acts include, inter alia, all the acts that each of them are alleged have committed in furtherance of wrongful conduct complained of herein.

16.   Any applicable statutes of limitations have been tolled by the Defendants continuing, knowing, and active concealment of the facts alleged herein.  Despite exercising reasonable diligence, Plaintiffs could not have discovered, did not discover, and was prevented from discovering, the wrongdoing complained of herein.

17.   In the alternative, Defendants should be estopped from relying on any statutes of limitations.  Defendants have been under a continuing duty to disclose the true character, nature, and quality of their financial services and debt collection practices.  Defendants owed Plaintiffs an affirmative duty of full and fair disclosure, but knowingly failed to honor and discharge such duty.

18.  Each of the Defendants named herein are believed to, and are alleged to have been acting in concert with, as employee, agent, co-conspirator or member of a joint venture of, each of the other Defendants, and are therefore alleged to be jointly severally liable for the claims set forth herein, except as otherwise alleged.

19.  In addition, this Court has jurisdiction pursuant to 28 U.S.C. §1343 (Civil Rights) insofar as Plaintiffs seeks a declaratory judgment or series of declaratory judgments pursuant to 18 U.S.C. §1341, 42 U.S.C. § 3601, 42 U.S.C. §§1981, 1982, 1983, and 1988(a), that are and ought to be declared *null* and *void* as unconstitutional impairments on the rights and obligations of contract, and as such as violations of 42 U.S.C. §§1981 and 1982 in particular, actionable under 42 U.S.C. §§1983 and 1988(a); and for interfering and tampering with Plaintiffs mail in violation of 18 U.S.C. §§ 1341, 1701, 1708.

20.  Plaintiffs reserve the right to amend the instant Complaint to allege the true names and capacities of such fictitiously named Defendants when the same become known or when it has been ascertained with reasonable certainty that a cause of action hereunder can be satisfactorily sated and maintained as against each such fictitiously named individual or entity.

## IV.
## **NATURE OF CLAIMS**

**Overview**

21.  On or about latter part of August 2018 Plaintiff Lizana noticed the

mail stopped coming to subject property on a regular basis. She would check the mailbox daily only to find no mail or mail being placed in the box after the mail person would have delivered it. She contacted the US post Office, via written notices, to report that the mail was not being delivered or received by the occupants.

22.   Around January 2019 reports started coming in from the occupants that personal mail was being returned to sender or not being delivered. Plaintiff then made personal Contact to the US Postal Service's local branch in Long Beach, California where Plaintiffs were told by the postmaster that it looked like all the mail was forwarded to another location by Wells Fargo Bank or a representative of such, and that the Banks do that a lot when they foreclose on a property. In order to have the mail returned Plaintiffs would need to know the exact forwarding party's address so that the postmaster can further investigate the matter to have to have mail returned to the property. Plaintiff then reported her findings to Miricle Island.

23.   The property has not gotten any junk mail at all and every once in a while mail would appear in the box after normal delivery times.

24.   Plaintiffs knowledge of a discrepancy in the mail service may cause great distress as a need to receive mail from the courts could hinder progress and response times.

25.   Defendant Wells Fargo Bank, NA, as trustee, on behalf of the registered holders of MORGAN STANLEY abs CAPITAL 1 INC., TRUST 2005-WMC6, Mortgage Pass-Through Certificate Series 2005-WMC6 ("WF trustee") is responsible for the mail being transferred, moved, re-routed and/or tampered with along with any discrepancies in the mails delivery to the property, occupants and Plaintiffs.

26.   Defendants Mike Potier and Julio Barragan of Boardwalk Properties (collectively "Eviction Team"), were harassing, intimidating and causing intentional infliction of emotional distress against Plaintiffs in regards to the property owned by Plaintiffs.

27.   Defendants Express Network ("Process Servers"), have been coming to the subject property to serve eviction and unlawful detainer while harassing and intimidating Plaintiffs on the property.

28.   Defendant Wells Fargo Bank, NA, as trustee on behalf of the registered holders of MORGAN STANLEY abs CAPITAL 1 INC., TRUST 2005-WMC6, Mortgage Pass-Through Certificate Series 2005-WMC6 ("WF trustee"), commenced with a trustee sale against the former owner, who was not a title holder nor did she have an interest in the subject property when said sale took place, as she had quieted her deed of trust ("DOT"), off of subject property through a state quiet order on June 10, 2016, and in the same month she sold subject property via general warranty deed ("WD"), over an innocent third party,

the religious organization Miricle Island ("MI"). Said WD was duly recorded by members of MI on June 16, 2016. (*See* a true copy of quiet title Order and WD attached hereto as **Exhibit 1** and **2**).

## Details

29.   Plaintiffs believe everything has evolved around flagrant acts of harassment and malicious prosecution by Defendants who are causing continued and irreparable harm to Plaintiffs by violating their civil rights guaranteed by and under the US Constitution and are suing for no less than $75,000 in damages or an amount to be determined at trial.

30.   On or about June 10, 2016, the former owner of subject property was granted quiet title judgment ("Order") in state action, case number BC 501357. This action stripped or removed the former owners DOT from subject property.

31.   On or about June 16, 2016, the former owner signed dated and had notarized a general warranty deed (WD), deeding the subject property to the religious organization Miricle Island (MI), which was duly recorded with the County Recorder's Office of Los Angeles on June 16, 2016. This action removed former owner from the title of subject property permanently.

32.   In June of 2016, once MI took ownership of subject property and brought a property coordinator and caretaker on, Ann Lizana ("Lizana" or "Caretaker"), to oversee the property.

33.   In March of 2019, the barrage of harassment and idle threats began by

the Boardwalk Defendants Mike Potier ("Potier"), Julio Barragan ("Barragan"), and those hired or commissioned by these Defendants. (*See* Ann Lizana's Declaration).

34.   On or about October 28, 2019, the Defendants had a hearing on UD case 19lbud01412 ("UD1") for unlawful detainer against the former owner, who does not own nor reside on subject property. During the UD hearing, the limited court *denied* Defendants the right of possession to subject property as there was no proof shown to the court that Defendants, any of them, had possession over ROMI, and on the merits of the case they lost. (See a true copy of Court Minute Order attached hereto as **Exhibit3**).

## V.

## <u>GENERAL ALLEGATIONS</u>

35.   The first wave of harassment against Plaintiffs Lizana and all persons similarly situated in this action.

36.   Defendants Potier and Barragan were the first people Plaintiff Lizana encountered when they, individually, came over to subject property. Each Defendant harassed and intimidated Plaintiff by photographing her and subject property, and threatened to evict her from the legal holder and owner Miricle Island, without rights to do so.

37.   The Trustee Deed arises from a foreclosure commences on a DOT between the former owner and Defendant Wells Fargo Bank, NA, as trustee, who

claimed beneficial interest in as a "Holder," through an Assignment of DOT. As Defendant Wells Fargo Bank, NA, as trustee

38.   Federal laws under 28 U.S.C. § 1331, as for Property rights of citizens, states: *All citizens of the United States shall have the same right, in every State and Territory, as is enjoyed by white citizens thereof to inherit, purchase, lease, sell, hold, and convey real and personal property.*

39.   *Federal question jurisdiction* (28 U.S.C. § 1331) covers all suits that arise under the Constitution, laws, or treaties of the United States. Claims that are based on federal law are to be heard in federal courts.  Federal courts exercise "diversity jurisdiction" over cases (i) where the amount in controversy exceeds $75,000, and (ii) the parties are citizens of different states or where there is "diversity of citizenship."

40.   In *Diversity of C*itizenship (and *Corporate Citizenship*) (28 U.S.C. § 1332), Congress gives federal district courts the power  to exercise "diversity jurisdiction" over any civil claim for at least $75,000 arising between citizens of different states. To include "Corporate Citizenship."

41.   In a unanimous decision, the U.S. Supreme Court clarified the test for corporate citizenship to be applied when determining federal courts' diversity jurisdiction—a corporation is a citizen of the state where its "nerve center" is located. (*See* <u>Hertz Corp. v. Friend</u>, (2010) 559 U.S. 77). Locating Corporate Defendant Wells Fargo Bank, NA, as trustee's "nerve center" is a rather

complicated undertaking. As *Wells Fargo & Company* claims to be headquartered in San Francisco, California, the firm's primary operating subsidiary, *national bank Wells Fargo Bank, N.A.*, designates its main office as Sioux Falls, South Dakota. While the former owner received correspondences from Defendant Wells Fargo Bank, NA, as trustee, who claimed to be domiciled in Columbia, Maryland.

42.   In either event, subject property which is at the heart of this case is located in Long Beach, California, and Defendant Wells Fargo Bank, NA, as trustee, through their agents, attorneys or representatives, allege ownership of subject property through a Trustee Deed commenced against the former owner, who has no rights to the title nor ownership of subject property, as her DOT was stripped from subject property in June of 2016 then said property was deeded over to MI in the same month and year. As the Plaintiffs in this action reside on the property in Long Beach, California, and the Defendant Wells Fargo Bank, NA, as trustee is located in Columbia, Maryland, there is diversity amongst the parties.

43.   Federal laws under 28 U.S. Code § 1367, as for Supplemental jurisdiction, states: *(a) Except as provided in subsections (b) and (c) or as expressly provided otherwise by Federal statute, in any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case*

or controversy under Article III of the United States Constitution. Such supplemental jurisdiction shall include claims that involve the joinder or intervention of additional parties.

44.   It is a fact that since Defendant Wells Fargo Bank, NA, as trustee recorded their Trustee Deed in June of 2018, Plaintiff Lizana, who is the caretaker of subject property first noticed that the mail stopped being delivered to the property during normal business and delivery hours. Single pieces of mail would be dropped into the mailbox after regular USPS delivery hours, which are 6 am to 6 pm, Monday through Friday and part of the day on Saturday. Mail would be discovered at nights and on Sundays, after being checked daily following normal USPS delivery times.

45.   Plaintiffs allege that Defendants are purposely interfering and tampering with the delivery of their mail. The definition of "tampering" is defined as tampering with property belonging to another with no rights to do so, and with the intent to cause inconvenience or worse to the person or persons whose mail is tampered with. Theft, destruction and defacement of a piece of mail—a letter, postal card, package, box or bag—from a private mailbox, collection box, postal worker, mail truck or post office is classified as mail tampering.

46.   Federal laws surrounding mail tampering (and fraud), under 18 U.S.C. §§ 1341, 1701, and 1708, considering the US Postal Service is a federal agency, mail and mailboxes are considered federal property, and mail theft is charged as a

federal offense. US Postal Mail may include personal identifying information, such as names, dates of birth, addresses, telephone numbers, tax ID numbers, social security numbers and driver's license numbers, and as such is protected under federal laws, and one who interferes with another person's mail is a federal offense. The charge for mail tampering and theft are up to five years in federal prison and fines of up to $250,000.

47.   US Postal Mail may include personal identifying information, such as names, dates of birth, addresses, telephone numbers, tax ID numbers, social security numbers and driver's license numbers, and as such is protected under federal laws, and one who interferes with another person's mail is a federal offense.

# VI.
## CAUSES OF ACTION

## CAUSE 1:
## VIOLATION OF CONSTITUTIONAL CIVIL RIGHTS
(As to All Defendants and DOES 1-10)

48.   Plaintiffs incorporate herein by reference the allegations made in paragraphs 1 through 47, inclusive, as though fully set forth herein:

49.   Plaintiffs declares under 28 U.S.C. section 1343 of the Constitution of the United State, statutes and constitutional provisions affording equal protection of the laws to all citizens and legal residents of the United States of America.

Plaintiffs has endured from 2019 to 2020 unimaginable civil harassment, emotional distress, anguish and still to this day continues to have to endure threats from Defendants in regards to property due to unlawful acts of deception, harassment and other claims. Plaintiffs is one of the people these rights and laws were created for and applies to.

50.   Plaintiffs requests a determination of whether the named Defendants have any legal standing or rights to evict Plaintiffs or others similarly situated on the subject property.  As a proximate result of the acts alleged herein, Plaintiffs has and will continue to suffer irreparable harm. Plaintiffs is entitled to damages in an amount to be proven at trial.

## 28 USC §1343. Civil rights and elective franchise:

51.   (a) The district courts shall have original jurisdiction of any civil action authorized by law to be commenced by any person: (3) To redress the deprivation, under color of any State law, statute, ordinance, regulation, custom or usage, of any right, privilege or immunity secured by the Constitution of the United States or by any Act of Congress providing for equal rights of citizens or of all persons within the jurisdiction of the United States;

## 28 U.S. Code § 1343. Property rights of citizens:

52.   All citizens of the United States shall have the same right, in every State and Territory, as is enjoyed by white citizens thereof to inherit, purchase,

lease, sell, hold, and convey real and personal property.

## CAUSE 2:

## VIOLATION OF 18 U.S.C. §§ 1341, 1701, and 1708
## MAIL TAMPERING and FRAUD
(As to All Defendants and DOES 1-10)

53.  Plaintiffs incorporate herein by reference the allegations made in paragraphs 1 through 52, inclusive, as though fully set forth herein:

54.  Plaintiff declares that under 18 U.S.C. §1341, 1701, and 1708, mail fraud and tampering does not require that the alleged victim of the fraud actually suffer a loss. The offense is complete the moment the materials related to the scheme are dropped in the mail, taken from it or forwarded away from the address by someone other than the resident. *"One may be found guilty of mail fraud as long as the qualifying mailing was 'incident to an essential part of the scheme' or a 'step in the plot,'"* according to the Supreme Court in <u>Schmuck v. United States</u>, (1988) 486 U. S. 1041.

55.  Federal laws surrounding mail tampering and fraud, as the US Postal Service is a federal agency, mail and mailboxes are considered federal property, and mail theft is charged as a federal offense. US Postal Mail may include personal identifying information, such as names, dates of birth, addresses, telephone numbers, tax ID numbers, social security numbers and driver's license numbers, and as such is protected under federal laws, and one who interferes with another person's mail is a federal offense. The charge for mail tampering and theft

are up to five years in federal prison and fines of up to $250,000.

56.   Plaintiffs requests a determination of whether the named Defendants have any legal standing or rights to interfere with Plaintiffs mail and evict them from  subject property or others similarly situated on the property.  As a proximate result of the acts alleged herein, Plaintiffs has and will continue to suffer irreparable harm. Plaintiffs is entitled to damages in an amount to be proven at trial.

## 18 U.S.C. § 1341. Mail Fraud:

57.   Addressing fraud and swindles, includes proving: (1) The postal service or mail communications were used; (2) As part of a scheme or artifice to defraud; (3) Which involved a material misstatement, false pretensions, false promises, or other misrepresentations; (4) With the intent of depriving another; (5) Of honest services or of property/assets.

## 18 U.S.C. § 1701. Obstruction of Mails Generally:

58.   Whoever knowingly and willfully obstructs or retards the passage of the mail, or any carrier or conveyance carrying the mail, shall be fined under this title or imprisoned not more than six months, or both. The definition of tampering: is defined as tampering with property belonging to another with no rights to do so, and with the intent to cause inconvenience or worse to the person or persons whose mail is tampered with. Theft, destruction and defacement of a piece of mail—a letter, postal card, package, box or bag—from a private mailbox,

collection box, postal worker, mail truck or post office is classified as mail

tampering.

**18 U.S.C. § 1708. Mail Tampering:**

59.   Whoever steals, takes, or abstracts, or by fraud or deception obtains

any letter, postal card, package, bag, or mail, or any article or thing contained

therein which has been left for collection upon or adjacent to a collection box or

other authorized depository of mail matter—Shall be fined under this title or

imprisoned not more than five years, or both.


## CAUSE 3:

## VIOLATIONS OF 42 U.S.C. §§1981, 1982, 1983, 1988(a)
## CONSTITUTIONAL CIVIL RIGHTS
(As to All Defendants and DOES 1-10)

60.   Plaintiffs incorporate herein by reference the allegations made in

paragraphs 1 through 59, inclusive, as though fully set forth herein:

61.   Plaintiffs declares under 42 U.S.C. §§1981, 1982, 1983, 1988(a) to

the Constitution of the United State, statutes and constitutional provisions

affording equal protection of the laws to all citizens and legal residents of the

United States of America. Plaintiffs have endured from 2019 to 2020

unimaginable civil harassment, emotional distress, anguish and still to this day

continues to have to endure threats from Defendants in regards to property due to

unlawful acts of deception, harassment, mail tampering and other claims. Plaintiff

Lizana, an indigent woman of color and of a certain age, is a class of people these rights and laws were created for and applies to, specifically.

62.    Plaintiffs request a determination of whether the named Defendants have any legal standing or right to evict members on the subject property.  As a proximate result of the acts alleged herein, Plaintiffs have and will continue to suffer irreparable harm. Plaintiffs are entitled to damages in an amount to be proven at trial.

**42 U.S. Code § 1981. Equal rights under the law:**

63.    (a)Statement of equal rights All persons within the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts, to sue, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by white citizens, and shall be subject to like punishment, pains, penalties, taxes, licenses, and exactions of every kind, and to no other.

(b) "Make and enforce contracts" defined for purposes of this section, the term "make and enforce contracts" includes the making, performance, modification, and termination of contracts, and the enjoyment of all benefits, privileges, terms, and conditions of the contractual relationship.

**42 U.S. Code § 1982. Property rights of citizens**

64.    All citizens of the United States shall have the same right, in every

State and Territory, as is enjoyed by white citizens thereof to inherit, purchase, lease, sell, hold, and convey real and personal property.

## 42 U.S. Code § 1983.Civil action for deprivation of rights

65.   Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

## 42 U.S. Code § 1988. Proceedings in vindication of civil rights:

66.   (a)Applicability of statutory and common law. The jurisdiction in civil and criminal matters conferred on the district courts by the provisions of titles 13, 24, and 70 of the Revised Statutes for the protection of all persons in the United States in their civil rights, and for their vindication, shall be exercised and enforced in conformity with the laws of the United States, so far as such laws are suitable to carry the same into effect; but in all cases where they are not adapted to

the object, or are deficient in the provisions necessary to furnish suitable remedies and punish offenses against law, the common law, as modified and changed by the constitution and statutes of the State wherein the court having jurisdiction of such civil or criminal cause is held, so far as the same is not inconsistent with the Constitution and laws of the United States, shall be extended to and govern the said courts in the trial and disposition of the cause, and, if it is of a criminal nature, in the infliction of punishment on the party found guilty.

## CAUSE 4:

## VIOLATION OF THE FREE EXERCISE CLAUSE, THE ESTABLISHMENT CLAUSE OF THE FIRST AMENDMENT
(As to All Defendants and DOES 1-10)

67.   Plaintiffs incorporate herein by reference the allegations made in paragraphs 1 through 66, inclusive, as though fully set forth herein:

68.   Plaintiffs declare under the **First Amendment to the Constitution** of the United State, statutes and constitutional provisions affording equal protection of the laws to all citizens and legal residents of the United States of America. Plaintiffs has endured years of threats, unimaginable civil harassment, emotional distress, anguish and still to this day continues to have to endure threats from Defendants in regards to property owned by the organization due to unlawful acts. Plaintiffs is one of the people these rights and laws were created for and applies to.

69.   Plaintiffs request a determination of whether the named Defendants have any legal standing or right to evict from the subject property.  As a proximate result of the acts alleged herein, Plaintiffs has and will continue to suffer irreparable harm. Plaintiffs are entitled to damages in amounts proven at trial.

**AMENDMENT I**

70.   The First Amendment (Amendment I) to the United States Constitution prevents the government from making laws which regulate an establishment of religion, prohibit the free exercise of religion, or abridge the freedom of speech, the freedom of the press, the right to peaceably assemble, or the right to petition the government for redress of grievances.

## CAUSE 5:

## VIOLATION OF THE DUE PROCESS CLAUSE OF THE FIFTH AMENDMENT OF THE CONSTITUTIONAL OF THE UNITED STATES
(As to All Defendants and DOES 1-10)

71.   Plaintiffs incorporate herein by reference the allegations made in paragraphs 1 through 70, inclusive, as though fully set forth herein:

72.   Plaintiffs declare under the **Fifth Amendments to the Constitution** of the United State, statutes and constitutional provisions affording equal protection of the laws to all citizens and legal residents of the United States of America. Plaintiffs has endured years of threats, numerous state court actions for subject property, unimaginable civil harassment, emotional distress, anguish and still to

RIGHTS COMPLAINT

this day continues to have to endure threats from Defendants in regards to property owned by the organization due to unlawful acts. Plaintiff Lizana is one of the people these rights and laws were created for and applies to.

73.    Plaintiffs request a determination of whether the named Defendant has any legal standing or right to evict from the subject property. As a proximate result of the acts alleged herein, Plaintiffs have and will continue to suffer irreparable harm. Plaintiffs are entitled to damages in amounts proven at trial.

## CAUSE 6:

## VIOLATION OF THE LIBERTY CLAUSE OF THE NINTH AMENDMENT OF THE CONSTITUTIONAL OF THE UNITED STATES
(As to All Defendants and DOES 1-10)

74.    Plaintiffs incorporate herein by reference the allegations made in paragraphs 1 through 73, inclusive, as though fully set forth herein:

75.    Plaintiffs declare under the **Ninth Amendment to the Constitution** of the United State, statutes and constitutional provisions affording equal protection of the laws to all citizens and legal residents of the United States of America. Plaintiffs have endured years of threats, numerous state court actions for subject property, unimaginable civil harassment, emotional distress, anguish and still to this day continues to have to endure threats from Defendants in regards to property owned by the organization due to unlawful acts. Plaintiff Lizana is one of the people these rights and laws were created for and applies to.

76.   Plaintiffs request a determination of whether the named Defendant has any legal standing or right to evict from the subject property.  As a proximate result of the acts alleged herein, Plaintiffs have and will continue to suffer irreparable harm. Plaintiffs are entitled to damages in amounts proven at trial.

## AMENDMENT IX

77.   Liberty and the pursuit of Happiness; Constitutional right to privacy, people of the United States have other rights besides those listed in the Constitution. The Ninth Amendment, when mentioned, usually plays a secondary role in supporting a new right. One of the few that depends on the Ninth Amendment is the constitutional right to privacy.

### CAUSE 7:

### VIOLATION OF THE EQUAL PROTECTION CLAUSE OF THE FOURTEENTH AMENDMENT OF THE CONSTITUTIONAL OF THE UNITED STATES
(As to All Defendants and DOES 1-10)

78.   Plaintiffs incorporate herein by reference the allegations made in paragraphs 1 through 77, inclusive, as though fully set forth herein:

79.   Plaintiffs declare under the **Fourteenth Amendments to the Constitution** of the United State, statutes and constitutional provisions affording equal protection of the laws to all citizens and legal residents of the United States of America. Plaintiffs have endured years of threats, numerous state court actions for said property, unimaginable civil harassment, emotional distress, anguish and

still to this day continues to have to endure threats from Defendants in regards to property owned by the organization due to unlawful acts. Plaintiff Lizana is one of the people these rights and laws were created for and applies to.

80.    Plaintiffs request a determination of whether the named Defendant has any legal standing or right to evict from the subject property.  As a proximate result of the acts alleged herein, Plaintiffs have and will continue to suffer irreparable harm. Plaintiffs are entitled to damages in amounts proven at trial.

**AMENDMENT XIV**

81.    All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws. Plaintiffs is one of the people these rights and laws were created for and applies to.

**CAUSE 8:**

**CIVIL RIGHTS DECLARATORY JUDGMENT**
**(42 U.S.C. §1983, 1988(a))**
(As to All Defendants and DOES 1-10)

82.    Plaintiffs incorporate herein by reference the allegations made in paragraphs 1 through 81, inclusive, as though fully set forth herein.

83.   Plaintiffs allege that it is the custom, common practice, and policy of corporate Defendants like those in this case, and their trustees, and attorneys to violate 42 U.S.C. §§1981-1982 by administering and imposing a judicial regime wherein they are always, in all cases dispossessed by forcible detainers, often with no rights or standing to sale or transfer of interest in real properties.

84.   The enforced consistent pro-mortgagee results can be demonstrated statistically and by narrative evidence to show that there is no equality of access to the courts, any of its decisions nor any equal right "to the full and equal benefit of all laws and proceedings for the security of persons and property" all under color of law in violation of the First, Fifth, Ninth and Fourteenth Amendments to the Constitution.

85.   **Wherefore, Plaintiffs Pray** that this Court declare and adjudge that (1) the default judgment rendered to the former owner of subject property in the Superior Court of California, on June 10, 2016 (*see* a copy of judgment attached hereto as **Exhibit 1**), and the general warranty deed given to Plaintiffs "landlord," the religious organization Miricle Island ("MI"), and recorded with the Los Angeles County Recorder's Office on June 16, 2016 (*see* a copy of warranty deed attached hereto as **Exhibit 2**); and that all Defendants and their agents, representatives and employees be now and forever enjoined and bound by said judgment, and that any claims of right be considered null and void, as the and all decisions reached final.

86. **Wherefore, Plaintiffs pray** for her costs of suit incurred in obtaining these declaratory judgments, and that a permanent injunction shall issue against all the Defendants, their employees, assigns, officers, and successors in interest never again to enforce unconstitutional violation of 42 U.S.C. §§1981, 1982.

87. For purposes of this complaint, Plaintiffs contend that 42 U.S.C. §1981, and 42 U.S.C. §1982 are the key federal civil rights statutes because they together outline and guarantee general, federally secured and specified, equal civil rights in ownership of property; Plaintiffs submit that these statutes, regardless of their Reconstruction-era origins, under modem Supreme Court interpretations of civil rights so that equal rights to sue, be parties, and give evidence concerning the rights arising therefrom, including the right to own property and live in peace within it or sell should they so desire, should both be applied and construed as though they did not contain the nearly identical phrase, "*as is enjoyed by white citizens" and/or "as is enjoyed by the white citizens thereof.*" (citing needed)

88. Plaintiffs submit and contend that the law must be applied in fact to guarantee civil rights in the making and enforcement of contracts and the ownership of property to all citizens, and not merely that non-white citizens may not be denied their civil rights "any more" than such rights are denied to white citizens, which is a possible construction of civil rights jurisprudence prior to 1989.

89.   The civil rights of Plaintiffs to sue, *"to make and enforce contracts, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property,"* are being severely infringed under color of California law and in particular the judicial norms which apply to the conduct and resolution of Superior Court cases challenging the standing of certain servicers or entities claiming standing to be beneficiary rights on real-estate Notes obtained during or following bankruptcy, such that the very right *"inherit, purchase, lease, sell, hold, and convey real and personal property"* is being infringed or even curtained.

90.   Although Plaintiffs are of racial elements to this epidemic of civil rights violations, and alleges that she is part of the class which should be certified in this case that will include tens if not hundreds of thousands of African Americans, Hispanic Surname Americans, Asian Americans, Native Americans and accordingly, and submits that the essence of 42 U.S.C. §§1981, 1982, can be best preserved and applied without the qualifying language "as is enjoyed by white citizens;" in essence, from now and into the future, the law of civil rights in the United States should be truly "color blind" and the enforcement and utilization of this country's magisterial laws relating to equality under the law should not be although the Courts seem often to use 103.

91.   Accordingly, this United States District Court should apply to 42 U.S.C. §§1981 and 1982 the principles articulated by the United States Supreme

Court repeatedly over the past twenty years that all government racial classifications (including Federal classifications) must be analyzed by a reviewing court under strict scrutiny in the modern line of equal protection cases going back to the 1989 decision in cases such as, *Rich1nond v. Croson; Adarand Constructors, Inc. v. Pena,* 515 U.S. 200, 227,115 S.Ct. 2097,132 L.Ed.2d 158 (1995); *johnson v. California,* 336 F.3d 1117, 2003 Daily journal D.A.R. 8295, (9th Cir.,jul 28, 2003); *Grutter v.Bollinger,* 539 U.S. 306, 123 S.Ct. 2325, 156 L.Ed.2d 304, 2003 Daily journal D.A.R. 6800, (U.S.,jun 23, *2003); Johnson v. California,* 543 U.S. 499, 125 S.Ct. 1141,160 L.Ed.2d 949,2005 Daily journal D.A.R. 2118, (U.S., Feb 23,2005); *City ofRich1nond v. I.A. Croson Co.,* 488 U.S. 469,109 S.Ct. 706, 102 L.Ed.2d 854, (U.S.Va.,jan 23, 1989).

## CAUSE 9:

## DECLARATORY AND INJUNCTIVE RELIEF
(As to all Defendants & Does 1-10)

92.   Plaintiffs incorporate herein by reference the allegations made in paragraphs 1 through 91, inclusive, as though fully set forth herein.

93.   An actual controversy has arisen and now exists between Plaintiffs and Defendants concerning their perspective rights and duties regarding their alleged lien. Plaintiffs contend that Defendants do not have a lien nor the authority to enforce any rights upon Plaintiffs and the subject property.

94.   Defendants dispute Plaintiffs contention and instead contend that they

may properly assert rights over Plaintiffs, and Plaintiffs property even though their purported interest, and any supposed lien was quieted in State Court on February 2, 2016, through a state court Order granting quiet title to former owner, the former owner of subject property.

95.    Plaintiffs therefore request a judicial determination of the rights, obligations and interests of the parties with regard to the property, and such determination is necessary and appropriate at this time under the circumstances so that all parties may ascertain and know their rights, obligations and interests with regard to the property.

96.    Plaintiffs request a determination of whether the named Defendant have any rights or standing to evict them out of subject property owned by MI, who they are there under.

97.    Plaintiffs therefore seek a declaration that the title to the subject property is vested in MI, alone, and that the Defendants herein, all of them, be declared to have no estate, right, title or interest in the subject property and that said Defendants, each of them, be forever enjoined from asserting any estate, right, title or interest in the subject property due to title being quieted and a general warranty deed ("WD") being given against such prior to Defendants foreclosing and subsequently moving to evict.

///

# VII.

## __CONCLUSION__

98.   It has been clearly and concisely, and with specificity the harm, harassment and intimidation by the Defendants, all of them, towards the Plaintiffs by Defendants through their actions of attempting to evict Plaintiffs from subject property that is owned by someone other than them.

**Plaintiffs Prayer**

**WHEREFORE, Plaintiffs pray this Honorable Court for relief, as follows:**

FOR AND UPON PLAINTIFFS'S DECLATORY AND EQUITABLE CLAIM FOR RELIEF.

Plaintiffs are entitled to declaratory relief by judicial finding, decree and order as to each of the following:

a. Defendants herein, and each of them, are without standing to pursue or take any benefit from any putative obligation of the former owner, arising by reason of a certain lien; and

b. Defendants herein, and each of them, are without standing to enforce or take any benefit from that certain Trustees Deed Upon Sell ("Trustee Deed"), dated June 29, 2018; and

c. For a Declaration that the religious organization Miricle Island ("MI"), the rightful holder of title to Subject Property, and all Defendants, and Does 1-10 and

RIGHTS COMPLAINT

each of them be declared to have no title, right, estate, or interest in the Subject Property.

d.  For a judgment forever enjoining said Defendants and Does 1-10, and each of them from claiming any title, right, estate, or interest in the Subject Property.

f.  For a judicial decree and finding that the Trustee Deed is permanently *null* and *void*, as it was recorded without standing and rights to do such; and

g.  For a preliminary injunction, effective throughout the pendency of this action or until such time as the court may otherwise order, enjoining the Defendants, and each of them, and their respective agents, attorneys, representatives, trustees, legatees, successors, assigns, employees, officers, directors, and affiliates, and each of them, from initiating, maintaining, concluding, or otherwise acting in furtherance of any publication, transaction, process, or proceeding of any kind or nature, for the purpose or with the intent of alienating, assigning, transferring, conveying, selling, purporting to sell, offering for sale, hypothecating, encumbering, or otherwise altering in any way title in and to the property, in whole or in part, or any interest therein or appertaining thereto, in which or in part; and

h.  For costs and expenses of suit; and proper in the premises; and

i.  Accordingly, an award of consequential damages to Plaintiffs for the

malicious prosecution by Defendants, as proven at trial.

j.  For a judicial order and decree establishing and affirming Plaintiffs lawful right to reside on subject property; and

k. For permanent injunction against all Defendants, their subsidiary, affiliates, successors, agents, servants, officers, directors, employees, and all persons acting in concert with them, directly or indirectly, from engaging in the improper, unlawful, unfair, fraudulent, and/or deceptive conduct as described above and according to proof during the pendency of this action;

l.  For costs and expenses of suit; and

m. For such further relief as the court may deem to comport with law and the principles of equity, and to be just, reasonable, and proper in the premises, according to proof, and;

n. For an order requiring all Defendants to make restitution all revenues lost by Plaintiffs due to their unlawful, unfair, fraudulent and/or deceptive acts or practices as more fully described above and according to proof;

For prejudgment interest as allowed by law;

o. For statutory damages according to proof;

p. For costs of suit herein incurred and;

q. For a judicial decree and finding that all Defendants conduct was wanton,

willful, malicious, oppressive and unconscionable; and

r.  For an award of exemplary damages in such sum as the court may deem sufficient to dissuade Defendants and others similarly situated from engaging in identical or similar conduct in the future; and

## PRAYER FOR RELIEF

**Wherefore,** Plaintiffs pray for judgment against the Defendants and each of them, jointly and severally, as follows:

1. For a declaration that Plaintiffs have the right to occupy the Subject Property and have their mail delivered to them without hindrances or harassment.

2. For compensatory, special and general damages in an amount according to proof at trial, against all Defendants.

3. For punitive damages in an amount to be determined by the Court against all Defendants for violations of our civil rights.

4. For civil penalties pursuant to statute, restitution, injunctive relief and reasonable legal fees according to proof.

5. For reasonable legal fees and costs.

6. For reasonable costs of suit and such other and further relief as the Court deems proper.

7. That this Court will find her Complaint sufficient to allow discovery and then to proceed to final trial-by-jury for final resolution of all questions of fact at

common law as guaranteed by the 7th Amendment, 28 U.S.C. §1861, and Rules 38-39 of the Federal Rules of Civil Procedure, and that the Court will thereupon render judgment for the Plaintiffs and against all defendants for the relief requested above, including but not limited to declaratory judgment regarding the rights and status of each party in relation to said property located at 2336 – 2338 1, 2 & 3 Pasadena Ave. Long Beach, California 90806, and the interests assigned to Plaintiffs as such.

Dated this 3rd day of February 2020.          Respectfully submitted.

                                              _____,
                                              Ann Lizana, Plaintiff *in Pro Se*

# DECLARATION OF ANN LIZANA

I Ann Lizana declare as follows:

1.     I am a Plaintiff in this action and I know each of the following facts to be true of my own personal knowledge and if called as a witness, I could and would competently testify with respect hereto. This declaration is submitted with this Complaint for violations of my civil rights.

2.     As a matter of record, I presently reside on the property and have been there since Miricle Island acquired it from the previous owner back in June of 2016.

3.     I am the caretaker of subject property, and make sure it is clean and protected from trespassers.

4.     I am neither the owner nor a person with the authority to make decisions in regards to subject property.

5.     The Defendants, especially Mike, Julio and Dean have been constantly harassing and intimidating me, claiming I am unlawfully detaining subject property.

6.     Defendants continue to plaster subject property with notices, vacate and/or eviction, naming first the former owner, then amending their complaints to name defendants who either do not live on the property, do not own or have authority to the property or are totally unknown to MI and myself.

7.     As one of the only people residing on subject property, I know who does and does not live on the property, and the people listed in the unlawful detainer cases DO NOT reside on the property.

8.     Defendants have named several people in their series of unlawful detainers, however none of them reside or have ever resided on the property since I have been here, to include:

a) LORNE or JORNE LIZANA, an unknown person who **DOES NOT** reside on subject property.

b) GLADYS COPELAND, **DOES NOT** reside on subject property and has never resided on subject property.

c) BL BLACKWELL, **DOES NOT** reside on subject property and has never resided on subject property.

9.   Despite the fact that none of the aforementioned people reside on subject property, now or ever, Defendants continue to proclaim these people were <u>served</u> with a summons and complaint. This is an UNTRUE statement because none of these people live on subject property.

10.   Defendants have also named a JOHN DOE and JANE DOE, and again Defendants claimed they were all served with summons and complaint, which is an UNTRUE statement, as "DOES" or unnamed occupant cannot receive serves via substitute service of <u>posting and mailing</u> service.

11.   When I attempted to enter the unlawful detainers as a "DOE," my filings were REJECTED by the court clerks of the Long Beach Court.

12.   I have since filed prejudgment claim of rights on all of Defendants cases, five in total, as of this month, so that Defendants do not move the Long Beach court for defaults against those named but do not live on subject property.


I declare under penalty of perjury the laws of the State of California and the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of February, 2020.

Respectfully submitted,

Ann Lizana, *in Propia Persona*

## DECLARATION OF GLADYS COPELAND IN SUPPORT OF PLAINTIFF'S COMPLAINT FOR CIVIL RIGHTS

I, Gladys Copeland declare as follows:

1.    I am a Plaintiff in this action and I know each of the following facts to be true of my own personal knowledge and if called as a witness. I could and would competently testify with respect hereto. This declaration is submitted with this Complaint for violations of my civil rights.

2.    On or about January of 2020, I was made aware that I had been named as a defendant in an unlawful detainer action for a residence I do not currently, nor have I ever resided in, located at 2336 – 2338 1, 2, & 3 Pasadena Ave. Long Beach, California 90806, subject property.

3.    I have been a permanent residence of San Diego County for over 50 years.

4.    I do not personally own nor claim any rights to subject property. And as such I do not have any authority over such property.

I declare under penalty of perjury the laws of the State of California and the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of February, 2020.

Respectfully.

Gladys Copeland

RIGHTS COMPLAINT

## DECLARATION OF MS BLACKWELL IN SUPPORT OF PLAINTIFF'S COMPLAINT FOR CIVIL RIGHTS

I, MS Blackwell declare as follows:

1.     I have not been named as a party to this action, as of yet, but I know each of the following facts to be true of my own personal knowledge and if called as a witness. I could and would competently testify with respect hereto.

2.     I was the former owner of subject property.

3.     I signed, dated and had a general warranty deed ("WD"), created transferring all of my rights and interest in subject property over to religious organization Miricle Island (MI). I also signed an agreement to the covenants of the warranty deed, stating in part that I would defend the title of the property against any "paramount" or "superior" or "senior" lien holders, should the situation arise.

4.     After receiving an order from the state court quieting the title to subject property on June 10, 2016, MI recorded the signed WD with the County Recorder's office of Los Angeles, on June 16, 2016.

5.     After that time I have had no further contact or dealings with the property. And do not, because I cannot, claim any rights or authority to such.

6.     I have not resided on subject property since August of 2016.

7.     In June of 2018, an unlawful detainer action was filed in the Long Beach State Court, naming me as the sole defendant. Case number 19lbud01412 ("UD case").

8.     I filed motions in an attempt to let the court know I was not the owner of subject property and did not live on the property. These failed. And the case went to trial.

9.     A trial was held on UD case, on October 28, 2019, in which the Defendants in this case (Plaintiff's in the UD case) were *denied* possession of

subject property because I was not the owner and made no claims to the property. [*See* Ex.3].

10.    The Defendants in this case (Plaintiffs in the UD cases) had named me in several other UD cases, related to subject property, but after being denied possession, instead of dismissing those subsequent cases they just named a person who is unknown to me or Plaintiff here or MI.

11.    Since Defendants in this case lost rights to possession they have gone on a rampage, for the lack of a better word, against the caregiver who resides on subject property and any persons who come to the property.

12.    Defendants in this case DO NOT HAVE RIGHTS to name and evict people from the property, as the Trustee Deed they possess is against me but the manner in which they conveyed such was done without standing and rights.

13.    This is a matter which needs further adjudication.

I declare under penalty of perjury the laws of the State of California and the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of February, 2020.

Respectfully.

MS Blackwell

## TRIAL-BY-JURY

Plaintiffs demand a trial-by-jury of all issues of fact so triable, and all mixed questions of law and fact which may be triable as a matter of controlling case law, and Plaintiffs demand an advisory jury on all other matters to the extent permitted by law, with appropriate instructions distinguishing the advisory from the deciding issues presented to the jury for resolution.

## PROOF OF SERVICE

I, the undersigned, declare:

On February 3, 2020, I caused to be served the following document(s): **CIVIL RIGHTS COMPLAINT FOR DECLARATORY & INJUNCTIVE RELIEF AND NOMINAL DAMAGES** to the parties involved addressed as follows:

**See Defendant service list** (attached)

**X**  BY CERTIFIED MAIL: I caused each envelope, with postage fully prepaid, to be placed in the United States mail at Los Angeles, California.

___  BY FACSIMILE/EMAIL: By use of facsimile machine telephone numbers listed above or via certified email, I served a copy of the within document on the above interested parties by facsimile. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 3, 2020, at Los Angeles, California.



J. Bellamy

RIGHTS COMPLAINT

# DEFENDANT & ATTORNEY
## SERVICE LIST

1.

**Mike Potier**

**Julio Barragan**

Boardwalk Properties

3948 Atlantic Avenue

Long Beach, California 90807


2.

**Express Network**

1605 W. Olympic Ave., 8th Flr

Los Angeles, CA 90015


3.

**Wells Fargo Bank, NA, as trustee**, on behalf the registered holders of MORGAN STANLEY abs CAPITAL 1 INC., TRUST 2005-WMC6, Mortgage Pass-Through Certificate Series 2005-WMC6.

9062 Old Annapolis Rd.

Columbia, Maryland 20102

EX. 1

Superior Court of California

County of Los Angeles

Department 61

FILED
Superior Court of California
County of Los Angeles

JUN 10 2016

Sheri R. Carter, Executive Officer/Clerk
By_____ Deputy
Latinna Woods

MICHELLE BLACKWELL,

     Plaintiff(s),

    v.

WMC MORTGAGE CORP., et al.,

     Defendant(s).

Case No.: BC501357

**JUDGMENT**

    Default having been entered against defendant Morgan Stanley ABS Capital 1 on February 2, 2016, the court held a default judgment hearing on May 3, 2016.   The court finds in favor of plaintiff as to defendant Morgan Stanley ABS Capital 1 only.   Judgment is so entered.

Dated:  6/10/16

Hon. Gregory Keosian
Judge of the Superior Court

101

EX. 2

**This page is part of your document - DO NOT DISCARD**



## 20160698613





Pages:
0007

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

**06/16/16 AT 03:50PM**

| | |
|---|---|
| FEES: | 37.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 37.00 |



L E A D S H E E T



201606163330067

00012233003



007618351

SEQ:
01

DAR - Counter (Upfront Scan)

**THIS FORM IS NOT TO BE DUPLICATED**

*102*

RECORDING REQUESTED BY

WHEN RECORDED MAIL TO

NAME _Miracle Island_

MAILING _2336 Pasachion N_

CITY, STATE, ZIP CODE
_Long Beach, CA 90806_

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

## TITLE

_WARRANTY DEED_

RECORDING REQUESTED BY
WHEN RECORDED MAIL TAX STATEMENTS TO:
MIRICLE ISLAND
C/O L. Queen
2336 PASADENA AVENUE
LONG BEACH, CA 90806

## WARRANTY DEED

Property address: 2336 – 2338 Pasadena Avenue, Long Beach, California 90806

On this the 5th day of May, 2016, MICHELLE BLACKWELL, whose mailing address is, 2336 Pasadena Avenue, Long Beach, California 90806 did execute this deed, conveying, delivering, granting and transferring all the legal right title, and equitable interest, without division or reservation, to Miricle Island, a business entity of the state of California, with mailing address of: 2005 PALO VERDE AVE, # 152 LONG BEACH, CA 90815 described land, situated, lying, and being located in Los Angeles County, California to wit:

**LOT 8 OF TRACT NO 3463, IN THE CITY OF LONG BEACH, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 38 PAGE 51 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY. APN # 7208 017 009**

Grantor fully guarantees, promises, and warrants to the grantee that there are no undisclosed claims, deeds, liens, encumbrances, or other liabilities associated with, relating, or attaching to, or affecting the property, subject of this transaction in any way. All claims or encumbrances, including all those which might be disputed or contingent, have been enumerated, itemized, and fully disclosed to the grantee after the grantor's diligent search of all relevant and accessible public and private records, stipulation to the conduct of which diligent search is hereby made.

TO HAVE AND TO HOLD, the same in fee simple forever.

Signed and executed in Los Angeles County, California on this the 5th day of May, 2016 for ten dollars in hand and other valuable consideration.

In witness whereof, Grantor has hereunto set Grantor's hand and seal on this 5th day of May, 2016. Signed, sealed, and delivered in our presence:

DOCUMENTARY TRANSFER TAX $ ___
☐ COMPUTED ON FULL VALUE OF PROPERTY CONVEYED
OR COMPUTED OF FULL VALUE LESS LIENS AND
ENCUMBRANCES REMAINING AT TIME OF SALE
SIGNATURE OF DECLARANT OR AGENT DETERMINING TAX FIRM NAME

*Conveyance Grantor NO Value This is a bonafide gift and the grantor received nothing in return.*

LOS ANGELES, CA
Document: D 2016.698613

Page 3 of 7

Printed on 6/28/2017 5:12:21 AM

WITNESS Grantor(s) hand(s) this the 5 day of May 20 16

_____
Grantor

*Michelle Blackwell*
Type or Print Name

_____
Grantor

_____
Type or Print Name

## QUITCLAIM

The undersigned Grantor(s) declares that the documentary Transfer Tax is $ __None__    City Tax is $ __None__ and is:

**X** computed on full value less the value of liens and encumbrances remaining thereon at time of sale  The land is located at 2336 – 2338 Pasadena Avenue, Long Beach, California 90806 and is

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, do (does) hereby remise, release and forever quitclaim to __MIRICLE ISLAND__ _____the following above described real property in the County of Los Angeles, State of California:

Date May 5, 2016

State of California
County of __Los Angeles__

On ____May 5, 2016____ before me, __Yesenia Jimenez, Notary Public__
(here insert name and title of the officer), personally appeared __Michelle Blackwell__

_____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument  I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct

WITNESS my hand and official seal

Signature __Yesenia Jimenez__                                                    (Seal)

> YESENIA JIMENEZ
> Commission # 2046216
> Notary Public - California
> Los Angeles County
> My Comm. Expires Nov 5, 2017

MAIL TAX STATEMENTS TO PARTY SHOWN ON THE FOLLOWING LINE: IF NO PARTY SO SHOWN, MAIL AS DIRECTED ABOVE.

| __Miricle Island__ | __2336 Pasadena Avenue__ | __Long Beach__ | __California__ |
|---|---|---|---|
| Name | Street Address | City | State |

## ASSIGNMENT & ASSOCIATED RIGHTS

On this the 5th day of May, 2016, Michelle Blackwell, grantor, whose address is: 2336 – 2338 Pasadena Avenue, Long Beach, California 90806, executed this Assignment of Rights to grantee Miricle Island, for the purpose of executing this warranty deed.

Wherefore, by all to whom this document may come, let it be known that said grantors, assignors, transferors, Michelle Blackwell ---for and in consideration of the sum of $25.00 *(twenty-five* and no/100 dollars) and other good and valuable considerations from said assignee and transferee Miricle Island, the receipt and sufficiency of which is hereby acknowledged---have granted (and did on May 5, 2016, actually deed, grant, sell, and transfer) unto Miricle Island, and do hereby now confirm the sale and transfer of all of their contractual rights, equitable interests, and statutory claims to Lincoln as Grantee. Grantors *have* also specifically assigned and transferred all other legal claims of *whatever* origin or description, arising from, concerning, or touching upon those certain lots or parcels situated in the City of Long Beach, County of Los Angeles, California more commonly known as 2336 – 2338 Pasadena Avenue, Long Beach, California 90806, but formally and fully described as Lot 8 and as set forth in bold print below.
Furthermore, without any express or implied limitation whatsoever, grantor Michelle Blackwell *have* specifically assigned, granted, and transferred all of their statutory, legal, equitable, and contractual interests in the notes, claims *conveying*, delivering, granting, and transferring all their legal rights, title, and equitable interests in the herein-described land or real estate, situated, lying and being located in The City of Long Beach, County of Los Angeles, California as well as the obligations to which they granted or contractually agreed to undertake with any party arising from and associated with the following described land or real estate (being two lots), situated in Los Angeles county, California:

> **LOT 8 OF TRACT NO 3463, IN THE CITY OF LONG BEACH, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 38 PAGE 51 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY. APN# 7208 017 009**

### WARRANTY DEED CONFIRMED

And said grantors, assignors, transferors Michelle Blackwell, do hereby confirm and reaffirm that they, by separate document, have fully and irrevocably deeded, granted, transferred, and warranted unto Miricle Island, all of their legal and equitable rights, title, and interest in the land and real estate (being lot 8 more commonly known as 2338 Pasadena Avenue in the City of Long Beach as described in the bold print paragraphs

above), as well as their claims to and arising from any and all notes, contracts, and obligations which he and she, together, granted or contractually agreed to with respect to any party to Miricle Island to have and to hold, from this day forward, without limitation or qualification whatsoever.

In witness whereof, grantor, assignor and transferor have set unto the grantor's hand and seal the day of the above-and-foregoing quit claim deed, to wit 5th day of May 2016.

Signed, sealed and delivered in our presence:

_____
GRANTOR,

_Michelle Blackwell_
MICHELLE BLACKWELL
2336 – 2338 Pasadena Avenue
Long Beach, California 90806

**WITNESSES & NOTARY**

_____
Witness Signature

_____
Witness Name

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                    CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____Califronia_____                    )

On _____May 5, 2016_____ before me, _____Yesenia Jimenez, Notary Public_____ ,
                Date                                    Here Insert Name and Title of the Officer

personally appeared _____Michelle Blackwell_____
                                        Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

> YESENIA JIMENEZ
> Commission # 2048216
> Notary Public - California
> Los Angeles County
> My Comm. Expires Nov 5, 2017

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                Signature of Notary Public

*Place Notary Seal Above*

──────────────── OPTIONAL ────────────────
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____Warranty Deed_____
Document Date: _____05/05/2016_____                    Number of Pages: _____4_____
Signer(s) Other Than Named Above: _____No other signers_____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _____Michelle Blackwell_____                    Signer's Name: _____
☐ Corporate Officer — Title(s): _____            ☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General                    ☐ Partner — ☐ Limited  ☐ General
☑ Individual            ☐ Attorney in Fact           ☐ Individual            ☐ Attorney in Fact
☐ Trustee               ☐ Guardian or Conservator    ☐ Trustee               ☐ Guardian or Conservator
☐ Other: _____                     ☐ Other: _____
Signer Is Representing: _____Self_____                Signer Is Representing: _____

©2015 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)  Item #5907

Ex. 3

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF LOS ANGELES

| | Reserved for Clerk's File Stamp |
|---|---|

COURTHOUSE ADDRESS:
Governor George Deukmejian Courthouse
275 Magnolia Ave, Long Beach, CA 90802

PLAINTIFF/PETITIONER:

Wells Fargo Bank, N.A.; As Trustee, on Behalf of the Registered
Holders of Morgan Stanley ABS Capital I Inc. Trust 2005-WMC6,
Mortgage Pass-Through Certificates, Series 2005-WMC6

DEFENDANT/RESPONDENT:

Michelle Blackwell

**FILED**
Superior Court of California
County of Los Angeles

**10/28/2019**

Sherri R. Carter, Executive Officer / Clerk of Court

By: _____ K. Onorato _____ Deputy

| CERTIFICATE OF MAILING | CASE NUMBER: |
|---|---|
| | 19LBUD01412 |

I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Minute Order (Non-Jury Trial; Hearing on Ex Parte Application Continuance t...) of 10/28/2019 upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Long Beach, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.

Michelle Blackwell
2005 Palo Verde Ave. #152
Long Beach, CA 90815

Nabeel M. Zuberi
McCalla Raymer Leibert Pierce, LLP
301 E Ocean Blvd, Ste 1720
Long Beach, CA 90802

Sherri R. Carter, Executive Officer / Clerk of Court

Dated: <u>10/28/2019</u>

By: <u>K. Onorato</u>
Deputy Clerk

**CERTIFICATE OF MAILING**

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
South District, Governor George Deukmejian Courthouse, Department S13

19LBUD01412

**WELLS FARGO BANK, N.A.; AS TRUSTEE, ON BEHALF OF THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2005-WMC6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-WMC6 vs MICHELLE BLACKWELL**

October 28, 2019
8:30 AM

Judge: Honorable Douglas W. Stern
Judicial Assistant: K. Onorato
Courtroom Assistant: None

CSR: Electronically Recorded FTR
ERM: None
Deputy Sheriff: None

APPEARANCES:

For Plaintiff(s): Nabeel M. Zuberi by Donna Seyedi

For Defendant(s): Michelle Blackwell

**NATURE OF PROCEEDINGS:** Non-Jury Trial; Hearing on Ex Parte Application Continuance trial or in the alternative request for temporary stay

The Defendant's Motion re: and Motion To Continue Trial; Points And Authorities; Declaration of Michelle Blackwell filed by Michelle Blackwell on 10/21/2019 is Denied.

Matter is called for trial. Both parties are sworn to testify. Mike Potier and Dean Carroll are sworn to testify before the Court.

All exhibits will be returned to counsel after the trial is completed, for safekeeping until the time for appeal has expired.

Court orders judgment entered for Defendant Michelle Blackwell against Plaintiff Wells Fargo Bank, N.A.; As Trustee, on Behalf of the Registered Holders of Morgan Stanley ABS Capital I Inc. Trust 2005-WMC6, Mortgage Pass-Through Certificates, Series 2005-WMC6 on the Complaint filed by Wells Fargo Bank, N.A.; As Trustee, on Behalf of the Registered Holders of Morgan Stanley ABS Capital I Inc. Trust 2005-WMC6, Mortgage Pass-Through Certificates, Series 2005-WMC6 on 06/20/2019 for a total of $0.00.

Other: EXPLANATION: Plaintiff failed to prove the Defendant Blackwell is in possession or claims any right to possess the real property. She admitted that she is not in possession and claims no right to possession. She claimed that in June 2016 she transferred all her rights by deed to a third party. Since there is no possession, no claim of possession and no evidence that any party in possession claims through Blackwell's right of possession, there is no basis for a judgment against Blackwell for possession. No other issues are decided by the Court in this

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
South District, Governor George Deukmejian Courthouse, Department S13

**19LBUD01412**                                                          October 28, 2019
**WELLS FARGO BANK, N.A.; AS TRUSTEE, ON BEHALF**                          8:30 AM
**OF THE REGISTERED HOLDERS OF MORGAN STANLEY**
**ABS CAPITAL I INC. TRUST 2005-WMC6, MORTGAGE**
**PASS-THROUGH CERTIFICATES, SERIES 2005-WMC6 vs**
**MICHELLE BLACKWELL**

Judge: Honorable Douglas W. Stern          CSR: Electronically Recorded FTR
Judicial Assistant: K. Onorato             ERM: None
Courtroom Assistant: None                  Deputy Sheriff: None

action.

The following event is advanced to this date and vacated:
11/04/2019 8:30 AM Hearing on Motion - Other and Motion To Continue Trial; Points And
Authorities; Declaration of Michelle Blackwell in Department S13

Certificate of Mailing is attached.